WORKUM, Respondent, v. CALDWELL, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Julius F. Workum, as assignee for the benefit of creditors of the Lehigh Construction Company, Limited, against Charles C. Caldwell. No opinion. Judgment (58 N. Y. Supp. 175) affirmed, with costs.

In re WRIGHT. (Supreme Court, Special Term, Oneida County. July, 1900.) Application for a writ of mandamus. John G. Gibson, for applicant. George C. Morehouse, opposed. HISCOCK, J. Application granted, upon the ground that the petitioner is not an employé either of the state of New York or of the city of Utica, within the provisions of the civil service law; the claim that she is being the only defense urged to this application. Application granted.

YOUNG & FLETCHER CO., Respondent, v. WELSBACH LIGHT CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 7, 1900.) Action by the Young & Fletcher Company against the Welsbach Light Company and others. No opinion. Motion for leave to appeal to the court of appeals denied. See 66 N. Y. Supp. 1024.

ZEIS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Christianna Zeis against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the county court of Kings county unanimously affirmed, with costs.